L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ROMAN KARELOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-07-048 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM MAY 14, 2007  TO MAY 29, 2007 AT 8:30 A.M. |
| v. | ) | |
| ROMAN KARELOV, et.al., | ) | |
| Defendants. | ) | |

The defendants, Roman Karelov and Oleg V. Umarov, and the United States, by and through their respective attorneys, hereby stipulate that the status conference currently set for May 14, 2007 should be continued to May 29, 2007 at 8:30 a.m.  The reason for the continuance is that one defense attorney will be in trial on May 14, 2007 and the defense has not yet received the discovery in this case and will need to review the discovery in order to advise the Court how much additionAL time will be required to prepare this case for trial. The government has advised that the discovery will be quite extensive and complex.

The defense also requests that the Court exclude the time from the date that this Order is signed to May 29, 2007 from the Speedy Trial Act calculation pursuant to Local Code T4 for defense preparation. The government agrees that the time should be excluded.  Ben Wagner, the attorney for the United States, and Donald P. Dorfman, the attorney for Oleg Umarov, have authorized Bruce Locke to sign this Stipulation and Order for them.

DATED: May 4, 2007                           /S/ Bruce Locke
                                             L. BRUCE LOCKE
                                             Attorney for ROMAN KARELOV

1

DATED:  May 4, 2007                     /S/ Donald P. Dorman by Bruce Locke
                                        DONALD P. DORFMAN
                                        Attorney for OLEG UMAROV

DATED:  May 4, 2007                     /S/ Ben Wagner by Bruce Locke
                                        BEN WAGNER
                                        Attorney for the UNITED STATES

   IT IS SO ORDERED.

DATED:  May 4, 2007

                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

2