McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 I Street, 10th fl.
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                   )<br>            Plaintiff,         )<br>                                                   )<br>       v.                                       )<br>                                                   )<br>OLEG UMAROV,                         )<br>                                                   )<br>            Defendant.          )<br>_____) | CR NO. S-07-0048 WBS<br><br><br><br>ORDER RE: CASE SCHEDULE |

The parties in this case, the United States represented by Assistant U.S. Attorney Benjamin B. Wagner, and the defendant Oleg Umarov represented by attorney Don Dorfman, hereby stipulate and agree that the status conference as to defendant Umarov currently scheduled for Monday, September 17, 2007 at 8:30 am, should be continued two weeks until Monday, October 1, 2007.  The reason for the continuance is that resolution of this matter as to defendant Umarov is dependent on the resolution of the case as to co-defendant Roman Karelov.  Defendant Karelov is scheduled to enter a plea on September 24, 2007, at 8:30.  Accordingly, the parties request that this matter be placed on calendar the following week.

The parties agree that additional time is necessary for the

defense to prepare and to complete negotiations concerning the disposition of this complex case.  Accordingly, the parties requested a continuance of this case until October 1, 2007, at 8:30 am, and that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(I) and (iv).

**So Stipulated:**

Date: September 14, 2007     McGREGOR W. SCOTT
                             United States Attorney

                              /S/ Benjamin Wagner
                        By:_____
                             BENJAMIN B. WAGNER
                             Assistant U.S. Attorney


                              /S/ Don Dorfman
Date: September 14, 2007  By:_____
                             DONALD DORFMAN
                             Attorney for Oleg Umarov


**IT IS SO ORDERED:**

DATED:  September 17, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2