McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 I Street, suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. Cr. S-07-048 WBS |
| Plaintiff, ) | |
| ) | |
| v. ) | MOTION FOR LEAVE TO DISMISS |
| ) | PURSUANT TO RULE 48(a); |
| OLEG UMAROV, ) | ORDER |
| ) | |
| Defendant. ) | |
| _____) | |

The United States of America hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the Superseding Indictment in this case as to defendant Oleg Umarov.  In support thereof, the United States represents as follows:

Defendant Oleg Umarov was charged with a single count of conspiracy by Superseding Indictment in this case on April 26, 2007. He is the last pending defendant in this case; defendant Radik Nizamov previously pleaded guilty to the same conspiracy count and was sentenced to 7 months in prison; defendant Roman Karelov pleaded guilty to the conspiracy charge on September 24, 2007, and is awaiting sentencing.  The lead defendant, Aleksey Chugaev, is a fugitive believed to be in Russia.

1

The defendant is the least culpable of the four defendants charged in this case, in that he came to the United States without criminal intent, and was gainfully employed prior to being recruited in the United States to assist his roommate, defendant Roman Karelov, in carrying out the conspiracy. Defendant Umarov had a relatively low level of involvement in the scheme, and had no contact with defendant Chugaev, the lead defendant.

From the moment of his arrest, defendant Umarov has been remorseful and has cooperated with the Government in its investigation and prosecution. He was prepared to testify at trial against defendant Karelov in this matter. Defendant Karelov changed his plea to guilty to the conspiracy charge on September 24, 2007, due in part to the fact that defendant Umarov was cooperating with the investigation. Defendant Radik Nizamov, who was recruited into the scheme before coming to the United States, previously pleaded guilty to the same conspiracy charge, and was sentenced to seven months in prison.

Defendant Umarov continues to be of assistance to the FBI. He is 20 years old, and has no prior criminal history. In the view of the FBI, he is not a risk to re-offend. He has already been in federal custody for approximately five months. Any victims to whom he would owe restitution in this case would be covered by the victims to whom defendant Karelov will be ordered to pay restitution, and in any event defendant Umarov does not have the resources to pay restitution.

Accordingly, the Government seeks leave to dismiss count one of the Superseding Indictment in this case as to this defendant and an order releasing him from custody, and also moves to dismiss the

2

1 associated forfeiture allegation relating to $1,552 in U.S. Currency
2 seized at the residence of Oleg Umarov on April 13, 2007.

Date: September 26, 2007                Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                         /S/ Benjamin Wagner
                                    By:_____
                                        BENJAMIN B. WAGNER
                                        Assistant U.S. Attorney

```
McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S-07-048 WBS |
| Plaintiff, | |
| v. | ORDER DISMISSING SUPERSEDING INDICTMENT AS TO DEFENDANT UMAROV |
| OLEG UMAROV, | |
| Defendant. | |

The United States has moved pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss (1) the charges in the Superseding Indictment as to defendant Oleg Umarov, and (2) the forfeiture allegation in the Superseding Indictment as to approximately $1,552.00 in U.S. Currency seized at the residence of Oleg Umarov in Baltimore, Maryland on April 13, 2007, and releasing the defendant from custody.

Good cause having been shown, leave to dismiss the Superseding Indictment as to defendant Umarov, and to dismiss the forfeiture allegation as to approximately $1,552.00 in U.S. Currency seized at his residence is **GRANTED**, and the Superseding Indictment as to defendant Umarov and the forfeiture allegation as to $1,552.00

///

4

1 seized at his residence are hereby **DISMISSED**.  Defendant Oleg Umarov
2 is further ordered released from custody.

4 DATE:    September 28, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5