UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR  S-07-0048-4 WBS |
| Plaintiff, | ) ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| OLEG V. UMAROV, | ) ) | |
| Defendant. | ) ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release **Oleg V. Umarova** Case CR S-07-0048-4 WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    ___    Unsecured bond

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    **_X_**    **(Other)**   **Case dismissed as to this defendant.**

Issued at  Sacramento, CA  on September 28, 2007   at 11:00 a.m. .

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Orig & Copy: USM
Copy to Docketing